# U.S. Bankruptcy Court for the Northern District of Illinois
## Attorney Appearance Form

Case Title: Valeria Solis  
Miguel A Munoz Lopez  
 aka Miguel A. Munoz

Case Number: 18-20787

An appearance is hereby filed by the undersigned as attorney for:  
Home Point Financial Corporation

Attorney name (type or print):    D. Anthony Sottile, Esq.

Firm:    Sottile & Barile, Attorneys at Law

Street address:    PO Box 476

City/State/Zip:    Loveland, OH 45140

Bar ID Number:    IN 27696-49          Telephone Number:    513-444-4100

Email Address:    bankruptcy@sottileandbarile.com

| | | |
|---|---|---|
| Are you acting as lead counsel in this case? | ☒ Yes | ☐ No |
| Are you acting as local counsel in this case? | ☐ Yes | ☒ No |
| Are you a member of the court's trial bar? | ☐ Yes | ☒ No |
| If this case reaches trial, will you act as the trial attorney? | ☒ Yes | ☐ No |

If this is a criminal case, check your status  
　　☐ Retained Counsel  
　　☐ Appointed Counsel  
　　　　If appointed counsel, are you  
　　　　　　☐ Federal Defender  
　　　　　　☐ CJA Panel Attorney

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C. §1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on    July 31, 2018  
Attorney signature:    /s/ D. Anthony Sottile  
　　　　(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that I have served a copy of this Attorney Appearance Form upon the below-named parties by electronic filing or, as noted below, by placing same in a properly addressed and sealed envelope, postage prepaid, and depositing it in the United States Mail at 394 Wards Corner Road, Suite 180, Loveland, OH 45140 on July 31, 2018, before the hour of 5:00 p.m.

    David M Siegel, Debtors' Counsel
    davidsiegelbk@gmail.com

    Brenda Porter Helms, Esq., Chapter 7 Trustee
    brenda.helms@albanybank.com

    Patrick S Layng, U.S. Trustee
    USTPRegion11.ES.ECF@usdoj.gov

    Miguel A Munoz Lopez, Debtor
    2S611 Continental Dr.
    Warrenville, IL 60555

    Valeria Solis, Debtor
    2S611 Continental Dr.
    Warrenville, IL 60555

                                                Respectfully Submitted,

                                                /s/ D. Anthony Sottile
                                              D. Anthony Sottile (IN 27696-49)